IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE BABA, O.D., | No. C-04-3665 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO COMPLY WITH GENERAL ORDER 53** |
| v. | |
| MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services, | |
| Defendant. | |

    The above-titled action was reassigned to the undersigned on April 5, 2005. On the preceding day, April 4, 2005, defendant lodged the administrative record with the Court, accompanied by a cover sheet which states: "Pursuant to General Order 53, the attached document is filed under seal."

    Defendant has not complied with the requirements of General Order 53. General Order 53 generally precludes parties from filing documents that contain social security numbers, names of minor children, dates of birth, and financial account numbers. See Gen. Order 53(A). It also provides, however, that a party wishing to file a document containing such information "may file an unredacted document under seal by following the procedures prescribed in Civil L.R. 79-5." See Gen. Order 53(B). The party also "must file a redacted copy for the public file." See id.

1 | To comply with Civil L.R. 79-5, a party must file an administrative motion to file under seal, accompanied by a declaration establishing that the entire document is sealable. See Civil L.R. 79-5(b). Defendant has not done so. Moreover, defendant has not filed a redacted copy of the administrative record, as further required by General Order 53.

Accordingly, defendant is hereby ORDERED to comply with General Order 53 by filing, no later than April 21, 2005, an administrative motion to file the administrative record under seal, pursuant to Civil L.R. 79-5, and a redacted copy of the administrative record.

**IT IS SO ORDERED.**

Dated: April 7, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge