IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE BABA, O.D., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services, <br><br> Defendant. | No. C-04-3665 MMC <br><br> **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

The above-titled action was reassigned to the undersigned on April 5, 2005. On the preceding date, April 4, 2005, defendant filed an answer to the complaint. By court order, filed August 30, 2004, plaintiff was required to file a motion for summary judgment or for remand within thirty days of defendant's answer. To date, plaintiff has not filed such a motion.

Accordingly, it is hereby ordered that plaintiff shall show cause in writing no later than November 1, 2005 why this action should not be dismissed for failure to prosecute. The order to show cause will be vacated if plaintiff files a motion for summary judgment or for remand prior to that date, or if she shows good cause for her failure to do so.

**IT IS SO ORDERED.**

Dated: October 18, 2005

MAXINE M. CHESNEY
United States District Judge