IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE BABA, O.D., | No. C-04-3665 MMC |
| Plaintiff, | **ORDER VACATING ORDER TO SHOW CAUSE** |
| v. | |
| MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services, | |
| Defendant. | |

On October 18, 2005, the Court issued an order to show cause why the instant action should not be dismissed for failure to prosecute, as a result of plaintiff's failure to file a motion for summary judgment or remand within thirty days of the filing of defendant's answer, as required by prior court order. On November 1, 2005, plaintiff filed a timely response to the order to show cause, in which plaintiff's counsel attests that the delay in prosecuting the instant action has been due to illness.

Accordingly, for good cause shown, the order to show cause is hereby VACATED, and the deadline to file a motion for summary judgment is hereby EXTENDED to December 16, 2005.

**IT IS SO ORDERED.**

Dated: November 3, 2005

MAXINE M. CHESNEY
United States District Judge