1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
4  STEVEN J. SALTIEL (CSBN 202292)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6996
7      FAX: (415) 436-6748

8  Attorneys for Defendants

9
                     UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 STEPHANIE BABA, O.D.,              )   No. C 04 3665 MMC
                                      )
14     Plaintiff,                     )   **STIPULATION REQUESTING**
                                      )   **CONTINUANCE OF HEARING DATE;**
15  v.                                )   [PROPOSED] **ORDER**
                                      )
16 MICHAEL O. LEAVITT, Secretary of the )
   Department of Health and Human Services, )
17                                    )
       Defendants.                    )
18 _____  )

19     IT IS HEREBY STIPULATED AND JOINTLY REQUESTED, pursuant to Civil L.R. 6-2,

20 by and between the parties hereto, through their undersigned counsel, that the hearing on

21 Plaintiff's Motion for Summary Judgment and Defendant's Cross-Motion for Summary

22 Judgment be continued from March 10, 2006 to April 7, 2006 at 9:00 a.m.  This stipulation and

23 joint request is based on the following:

24     1. On November 3, 2005, this Court issued an Order vacating its October 18, 2005 Order to

25 Show Cause, and extending the deadline to file a motion for summary judgment to December 16,

26 2005.

27     2. On December 16, 2005, Plaintiff filed a motion for summary judgment, and noticed the

28 hearing for March 10, 2006.

STIPULATION REQUESTING CONTINUANCE OF HEARING DATE
No. C 04 3665 MMC

1    3. On February 3, 2006, Defendant filed a Cross-Motion for Summary Judgment, and also
2 noticed the hearing for March 10, 2006.
3    4. The parties are requesting the continuance because defendant's current counsel of record
4 is scheduled to be in New York on March 10, 2006, and cannot change his plans.  April 7, 2006
5 is the next date on which all counsel are available.
6    5. There have been no previous time modifications in this case.
7    6. The requested time modification will have no effect on the schedule for the case, as there
8 is no trial date or other case management dates scheduled.
9    WHEREFORE, the parties respectfully request that the Court continue the hearing date from
10 March 10, 2006 to April 6, 2006 at 9:00 a.m.

DATED: February 17, 2006           Respectfully submitted,

                                   KEVIN V. RYAN
                                   United States Attorney


                                   _____/s/_____
                                   STEVEN J. SALTIEL
                                   Assistant United States Attorney


DATED: February 17, 2006           LAW OFFICES OF ORRIN LEIGH GROVER



                                   _____/s/_____
                                   ORRIN LEIGH GROVER
                                   Attorney for Plaintiff

**[PROPOSED] ORDER**

For good cause shown, it is hereby ordered that the hearing on Plaintiff's Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment is continued from March 10, 2006 to April 7, 2006 at 9:00 a.m.

DATED:    February 17, 2006

                                   _____
                                   HON. MAXINE M. CHESNEY
                                   United States District Judge

STIPULATION REQUESTING CONTINUANCE OF HEARING DATE
No. C 04 3665 MMC