IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE BABA, O.D., | No. C-04-3665 MMC |
| Plaintiff, | **ORDER GRANTING REQUEST TO FILE SURREPLY** |
| v. | |
| MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services, | |
| Defendant. | |

Before the Court is plaintiff Stephanie Baba, O.D.'s request to file a surreply in support of her motion for summary judgment, on the ground defendant's reply in support of defendant's cross-motion "raised certain aspects of arguments for the first time and misstated Plaintiff's arguments on a key issue." For good cause shown, plaintiff's request to file a surreply is hereby GRANTED and the Court will consider the proposed surreply filed April 7, 2006.

**IT IS SO ORDERED.**

Dated: April 11, 2006

MAXINE M. CHESNEY
United States District Judge