**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   STEPHANIE BABA,                              No. C-04-3665 MMC

12              Plaintiff,                        **ORDER DENYING PLAINTIFF'S MOTION
                                                  FOR EXTENSION OF TIME TO FILE**
13     v.                                         **APPELLATE BRIEF**

14   MICHAEL O. LEAVITT,                          (Docket No. 46)

15              Defendant.

16   _____/

17

18        Before the Court is plaintiff's motion, filed June 29, 2007, for an extension of time to

19   file her appellate brief.  As plaintiff's motion must be directed to the Ninth Circuit Court of

20   Appeals, see Fed. R. App. P. 26(b), the Court hereby DENIES such motion without

21   prejudice to plaintiff's raising the matter with the Ninth Circuit.

22        **IT IS SO ORDERED.**

23   Dated: July 2, 2007                          _____
                                                  MAXINE M. CHESNEY
24                                                United States District Judge

25

26

27

28